**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
2029 Century Park East, Suite 1450
Los Angeles, CA 90067-2901
Telephone: (213) 239-6900
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Harris L. Kay (*pro hac vice forthcoming*)
hkay@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendants
CALVIN CORDOZAR BROADUS JR.,
DEATH ROW RECORDS LLC, and
BLOCKCHAIN GAME PARTNERS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TREVOR LAWRENCE JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CALVIN CORDOZAR BROADUS JR. p/k/a SNOOP DOGG, an individual; DEATH ROW RECORDS, an entity of unknown form; BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA MUSIC, a Wyoming corporation; and DOES 1-10, inclusive;<br><br>Defendants. | CASE NO. 2:24-CV-05947-MCS-JPR<br><br>**SUPPLEMENTAL JOINT SETTLEMENT REPORT**<br><br>Judge: Hon. Mark C. Scarsi<br>Complaint Filed: July 15, 2024 |

Pursuant to the Court's Order Re: Jury Trial (ECF No. 28), Plaintiff Trevor Lawrence Jr. ("Plaintiff" or "Lawrence") and Defendants Calvin Cordozar Broadus Jr. p/k/a Snoop Dogg ("Broadus"), Death Row Records, and Blockchain Game Partners, Inc. d/b/a Gala Music (collectively "Defendants") hereby submit this Supplemental Joint Report regarding Settlement Conference.

As previously indicated in their Joint Report filed on April 4, 2025 (ECF No. 37), the parties engaged in a private mediation with mediator Bruce Isaacs on March 28, 2025. Thereafter, Mr. Isaacs issued a mediator's proposal which both parties accepted on April 8, 2025.

Therefore, the parties hereby inform the Court that they have reached a settlement in principle and will file a request for dismissal after the settlement has been finalized.

Dated: April 11, 2025　　　　　　　　　**JENNER & BLOCK LLP**

By:　　/s/ David R. Singer
　　　　David R. Singer
　　　　Harris L. Kay
　　　　Lauren M. Greene

*Attorneys for Defendants*

Dated: April 11, 2025　　　　　　　　　**JOHNSON & JOHNSON LLP**

By:　　/s/ Joseph A. Escarez
　　　　Neville L. Johnson
　　　　Joseph A. Escarez
　　　　Frank R. Trechsel

*Attorneys for Plaintiff*

*Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*