Neville L. Johnson (SBN 66329)
Frank R. Trechsel (SBN 312199)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:  (310) 975-1095
Email: njohnson@jjllplaw.com
         ftrechsel@jjllplaw.com

*Attorneys for Plaintiff*
TREVOR LAWRENCE JR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TREVOR LAWRENCE JR., an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CALVIN CORDOZAR BROADUS JR. p/k/a SNOOP DOGG, an individual; DEATH ROW RECORDS, an entity of unknown form; BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA MUSIC, a Wyoming corporation; and DOES 1-10, inclusive; <br><br> Defendants. | CASE NO. 2:24-CV-05947-MCS-JPR <br><br> **JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41 AND [PROPOSED] ORDER OF DISMISSAL** <br><br> Judge: Hon. Mark C. Scarsi <br> Complaint Filed: July 15, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Trevor Lawrence Jr. and Defendants Calvin Cordozar Broadus Jr. p/k/a Snoop Dogg, Death Row Records, and Blockchain Game Partners, Inc. d/b/a Gala Music hereby stipulate that this action be dismissed in its entirety with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: _June 24_____, 2025         **JOHNSON & JOHNSON LLP**

By:   /s/ Neville L. Johnson
      Neville L. Johnson
      Joseph A. Escarez
      Frank R. Trechsel

*Attorneys for Plaintiff*

Dated: __June 24__, 2025         **JENNER & BLOCK LLP**

By:   /s/ David R. Singer
      David R. Singer
      Harris L. Kay
      Lauren M. Greene

*Attorneys for Defendants*

*\*Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE in its entirety, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: _____          _____
                                HON. MARK C. SCARSI
                                U.S. DISTRICT JUDGE